STATE of Missouri, Respondent,

v.

Cornell HARVEY, Appellant.

No. 71674.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 5, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 8, 1998.

John M. Schilmoeller, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Meghan J. Stephens, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Defendant, Cornell Harvey, appeals from the judgment entered by the trial court on a jury's convictions of two counts of assault in the first degree, Section 565.050, two counts of armed criminal action, Section 571.015, and one count of stealing a motor vehicle, Section 570.030.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).